LAWRENCE G. BROWN
United States Attorney
AUDREY B. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2729

Attorneys for Defendants

# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANDEEP SINGH,<br><br>    Plaintiff,<br><br>v.<br><br>MICHAEL CHERTOFF, SECRETARY OF HOMELAND SECURITY, et al.<br><br>    Defendants. | No. 1: 09 cv 212 LJO GSA<br><br>JOINT STIPULATION RE: EXTENSION OF TIME FOR ANSWER TO COMPLAINT AND ORDER |

This is an immigration case in which plaintiff has challenged the delay in the processing of his application to adjust status to that of lawful permanent resident by U.S. Citizenship and Immigration Services (CIS). The parties respectfully inform the Court that they are endeavoring to reach a resolution to the matter at the administrative level. Accordingly, the parties stipulate to a 30-day extension of time for the government to file its answer to the complaint, until May 4, 2009. As well, the parties request that the scheduling conference, currently set for May 5, 2009, be reset to sometime after the new answer date.

Dated: March 31, 2009

                                      LAWRENCE G. BROWN
                                    Acting United States Attorney

                      By:    /s/Audrey Hemesath
                            Audrey B. Hemesath
                            Assistant U.S. Attorney
                            Attorneys for the Defendants

| | |
|---|---|
| By: | /s/ James Makasian |
| | James Makasian |
| | Attorney for the Plaintiff |

## ORDER

Pursuant to this Joint Stipulation and for the reasons stated therein, IT IS HEREBY ORDERED that the time for the government to answer the complaint is extended to **May 4, 2009**, and the status conference is reset to **June 9, 2009 at 10:00 am** before the Honorable Gary S. Austin in Courtroom 10.

IT IS SO ORDERED.

Dated: **April 3, 2009**          /s/ **Gary S. Austin**
                                        UNITED STATES MAGISTRATE JUDGE