# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANDEEP SINGH, | CASE NO. CV F 09-212 LJO GSA |
| Plaintiffs, | **ORDER TO DISMISS AND CLOSE ACTION** |
| vs. | |
| MICHAEL CHERTOFF, Secretary of Homeland Security, et al., | |
| Defendants. | |

On February 2, 2009, Plaintiff Mandeep Singh ("Plaintiff") filed a complaint seeking a writ of mandamus and declaratory judgment to compel Defendants to adjudicate Plaintiff's I-485 Application and to adjust their immigration status to legal permanent residence. On May 1, 2009, the parties filed a stipulation to dismiss this action, because Plaintiff received the relief sought. This action is rendered moot, and dismissed by the parties' stipulation, pursuant to Fed. R. Civ. P. 41(a). Accordingly, this Court DISMISSES the action, VACATES all pending dates and DIRECTS the clerk to close this action.

IT IS SO ORDERED.

**Dated: May 4, 2009**            /s/ Lawrence J. O'Neill
                                                             UNITED STATES DISTRICT JUDGE

1